**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Angel RIOS–GARCIA, Defendant—Appellant.**

**No. 01–10331.**
**D.C. No. CR–01–00142–ROS.**

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Submitted June 9, 2003.*
Decided June 13, 2003.

Before RYMER, THOMAS and
SILVERMAN, Circuit Judges.

MEMORANDUM**

Jose Angel Rios–Garcia appeals his
guilty plea conviction and the sentence im-
posed for illegal re-entry after deportation,
in violation of 8 U.S.C. § 1326. Rios–
Garcia's attorney has moved to withdraw
pursuant to *Anders v. California,* 386 U.S.
738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),
on the ground that the appeal presents no
arguable issues.

As part of his plea agreement, Rios–
Garcia waived his right to appeal the judg-
ment and sentence. Because he received a
sentence consistent with the plea agree-
ment, and there is no evidence that the
waiver of the right to appeal was not
knowing or was not voluntary, we enforce
the waiver and dismiss the appeal. *United
States v. Aguilar–Muniz,* 156 F.3d 974,
976 (9th Cir.1998).

Because our independent review of the
record discloses no arguable issues, coun-
sel's motion to withdraw is granted and
the appeal is

**DISMISSED.**

---

* This panel unanimously finds this case suit-
able for decision without oral argument.
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.